# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PEDRO RODRIGUEZ,

    Plaintiff,

v.

NEIL MCDOWELL, et al.,

    Defendants.

Case No. 18-cv-00848-JST (PR)

**ORDER OF TRANSFER**

Plaintiff, an inmate at the Ironwood State Prison, filed this pro se civil rights action under 42 U.S.C. § 1983, complaining about events and omissions that occurred at that prison, which is located within Riverside County. Riverside County is within the venue of the Central District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Central District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California.

The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiff's application for leave to proceed in forma pauperis.

**IT IS SO ORDERED.**

Dated: February 21, 2018

JON S. TIGAR
United States District Judge